ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND

     *    COURT OF APPEALS

     *    OF MARYLAND

v.

     *    Misc. Docket AG No. 93

ERNEST P. FRANCIS      *    September Term, 2020

## O R D E R

Upon consideration of the Amended Petition for Disciplinary or Remedial Action, with attached certified copy of an Order entered January 12, 2021, whereby the Virginia State Bar Disciplinary Board revoked the license of Ernest P. Francis to practice law in Virginia, effective March 23, 2021; and it appearing that Ernest P. Francis, Respondent, is admitted to the Bar of this Court, it is this 24th day of August, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Ernest P. Francis be, and he is hereby, disbarred, effective immediately, from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Ernest P. Francis from the register of attorneys in the Court and comply with the notice provisions of Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk